232

(C.D. 4443)

PRIMA FOODS, INC. *v.* UNITED STATES

Court No. 68/43653

(Dated June 25, 1973)

*Walter E. Doherty, Jr.,* for the plaintiff.
*Harlington Wood, Jr.,* Assistant Attorney General (*Gilbert Lee Sandler,* trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

(C.D. 4444)

W. N. PROCTOR CO. *v.* UNITED STATES

Court No. 65/19341

(Dated June 25, 1973)

*Walter E. Doherty, Jr.,* for the plaintiff.
*Harlington Wood, Jr.,* Assistant Attorney General (*Gilbert Lee Sandler,* trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.